FILED

MAY 0 3 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| LANCE CARLSON,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | No. CV 16-86-H-SEH<br><br>ORDER |

On April 26, 2017, the Court stayed all proceedings in this case until 60 days after the filing of Plaintiff's notice of compliance with Federal Rule of Civil Procedure 5.1, or election by the Montana Attorney General to intervene and appear in the action, whichever occurs earlier. On May 1, 2017, Plaintiff filed a Notice of Compliance Re: M.R.Civ.P.5.1(a) Notice to Montana Attorney General.[1]

---

[1] Doc. 44.

ORDERED:

All pending motions[2] are DENIED without prejudice to renewal, if appropriate, upon termination of the stay.

Counsel are advised that incorporations of statements or arguments made in prior briefs are to be avoided and no reference to or incorporation by reference to prior briefs shall be included in briefs.

DATED this 3rd day of May, 2017.

SAM E. HADDON
United States District Judge

---

[2] Docs. 33, 35, 37.