

FILED

MAY 24 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| LANCE CARLSON,<br><br>                   Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>                   Defendant. | No. CV 16-86-H-SEH<br><br>**ORDER** |

On April 26, 2017, the Court stayed all proceedings in this case "until 60 days after the notice of compliance with Rule 5.1 is filed by Plaintiff, or the Montana Attorney General elects to intervene in the action and appears, whichever is earlier."[1] Plaintiff filed a Notice of Compliance Re: M.R.Civ.P. 5.1(a) Notice to Montana Attorney General[2] on May 1, 2017. Pending before the Court is Plaintiff's Unopposed Motion to Lift Stay. The motion recites, *inter alia*, "the Montana Attorney General is declining to intervene in this case."[3]

---

[1] Doc. 43 at 3.

[2] Doc. 44.

[3] Doc. 46 at 1.

ORDERED:

1. Plaintiff's Unopposed Motion to Lift Stay[4] is GRANTED.

2. The parties shall have to and including June 9, 2017, in which to file and serve renewal of motions and supporting briefs pending as of the entry of the stay order on April 26, 2017.

DATED this 24th day of May, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[4] Doc. 46.